Loan No. XXXXXXX2998

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:

Alfonso Amelio

       Debtor(s)
-------------------------------------------------X

Chapter 13
Case # 16-10236

**NOTICE OF APPEARANCE**

SIR:

    **PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A. d/b/a America`s Sevicing Company as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4 hereby appears in the above action, and demands that all papers in the case be served on Wells Fargo Bank, N.A. d/b/a America`s Sevicing Company as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-4 at the address stated below.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: March 16 2016
       Plainview, New York

Andrew Goldberg
Creditor's Attorney
c/o Rosicki, Rosicki & Associates, P.C.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803
Phone: 516-741-2585
Fax: 516-873-7244
Email: ECFNotice@Rosicki.com

TO:

Alfonso Amelio
60 W 23rd St
Apt 830
New York, NY 10010-5293

Jeffrey L Sapir, Esq.
399 Knollwood Road
Suite 102
White Plains, NY 10603

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing Notice of Appearance has been served via first class mail on the following parties:

Alfonso Amelio
60 W 23rd St
Apt 830
New York, NY 10010-5293

Jeffrey L Sapir, Esq.
399 Knollwood Road
Suite 102
White Plains, NY 10603

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

<u>March  16  2016</u>

_____
Loni Abramowitz

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
IN RE:

Alfonso Amelio
   Debtor(s)

-------------------------------------------------x

## NOTICE OF APPEARANCE

**ROSICKI, ROSICKI & ASSOCIATES, P.C.**
Main Office: 51 E. Bethpage Road
Plainview, New York 11803